FILED
CHARLOTTE, NC

MAR 1 8 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

**M.R. and J.JR. (Minors), By and through their Next Friends and Legal Custodians, HUBERT DANIEL RABON, SR., MA, and SANDRA STEGALL RABON, Petitioners,**

**v.**

**UNION COUNTY, NORTH CAROLINA; THE NORTH CAROLINA CONFERENCE OF DISTRICT ATTORNEYS; and DONNA RAINWATER, Special Prosecutor, Respondents.**

Civil Action No. 3:26-cv-217-MEO Related Case: 3:26-cv-00149-MEO

EMERGENCY PETITION FOR FEDERAL PROTECTION, APPOINTMENT OF GUARDIAN AD LITEM, AND FOR INJUNCTIVE RELIEF PURSUANT TO 42 U.S.C. § 1983

I. JURISDICTION AND STANDING

1. This Court has subject matter jurisdiction pursuant to **28 U.S.C. § 1331** and **28 U.S.C. § 1343**. This action seeks to redress the ongoing deprivation of Due Process rights guaranteed by the **Fourteenth Amendment to the United States Constitution**.

2. Petitioners M.R. and J.JR. proceed through their Next Friends and Legal Custodians, Hubert Daniel Rabon, Sr., MA, and Sandra Stegall Rabon. Standing is established by the Union County District Court **Temporary Custody and Visitation Order in Case No. 19-CVD-3439 (Exhibit 1)**, which found that the biological parents forfeited their constitutionally protected status and vested primary physical custody in the Rabons.

3. **Exception to Younger Abstention:** Federal intervention is warranted under the bad faith and extraordinary circumstances exceptions recognized in **Younger v. Harris, 401 U.S. 37 (1971)**. The state court has already judicially recognized the physical abuse of J.JR. by Jeremy Cady **(Exhibit 1, Finding 14)**, yet state prosecutors have systematically omitted this history from subsequent proceedings, constituting the bad faith conduct that removes this matter from ordinary abstention principles.

II. THE STRUCTURAL CONFLICT AND DUE PROCESS FAILURE

4. **The Seegars-Pfuntner Nexus:** From 2019 through 2024, the legal management of the children's abuser, Jeremy Cady, was handled by ADA Pfuntner and Public Defender Juwaun Seegars **(Exhibit 6)**. During this period, Seegars was concurrently representing the children's uncle, Hubert Daniel Rabon, Jr., in a neighboring county **(Exhibit 13)**.

5. This dual representation created a structural conflict that neutralized the adversarial system. Because the defense counsel for the abuser was simultaneously counsel for the victims' family, the 2020 evidence of physical abuse - already recognized by the civil court in **Exhibit 1** - was effectively suppressed in criminal proceedings, depriving the minor victims of Due Process under the **Fourteenth Amendment**.

## III. INSTITUTIONAL RATIFICATION AND EVIDENCE DESTRUCTION

6. **On Information and Belief**, Petitioners document a pattern where state actors involved in the suppression of abuse evidence were subsequently promoted:

7. **Data Loss:** During the 2022 investigation, a notification led to the deletion of seventeen months of Snapchat evidence **(Exhibit 11)**. State authorities have failed to utilize forensic subpoenas to recover this data, despite the availability of such mechanisms under federal law.

## IV. THE DOCUMENTARY IMPOSSIBILITY

8. State authorities provided federal officials with a property address **(7900 Hillanby Court)** sold by the family in 2008 **(Exhibit 10)** as the factual basis for a 20-year sentencing enhancement in **Case No. 3:18-cr-00360**. This material misrepresentation constitutes a fraud upon the court and an independent basis for federal review.

## PRAYER FOR RELIEF

WHEREFORE, Petitioners respectfully request that this Court:

9. **APPOINT** a neutral Federal Guardian Ad Litem for M.R. and J.JR. pursuant to **Fed. R. Civ. P. 17(c)**;

10. **ISSUE** Federal Subpoenas for:

11. **TRANSMIT** this record to the **U.S. Department of Justice, Civil Rights Division,** for review and appropriate action.

VERIFICATION

We, Hubert Daniel Rabon, Sr. and Sandra Stegall Rabon, declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the foregoing is true and correct to the best of our knowledge, information, and belief.

Executed this 18th day of March, 2026.

**Hubert Daniel Rabon, Sr., MA** Next Friend / Legal Custodian

**Sandra Stegall Rabon** Next Friend / Legal Custodian